WILLIAMS & CONNOLLY LLP
David S. Kurtzer-Ellenbogen (*pro hac vice*)
dkurtzer@wc.com
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000 / FAX (202) 434-5029

PROSKAUER ROSE LLP
Jennifer L. Roche (Cal. Bar No. 254538)
jroche@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

*Attorneys for Defendants Intel Corporation and the Administrative Committee of the Intel Minimum Pension Plan*

Michelle C. Yau (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
Caroline E. Bressman (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com

Shaun P. Martin (Cal. Bar No. 158480)
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Facsimile: (619) 260-7933
smartin@sandiego.edu

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GREGG BERKELEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and the Administrative Committee of the Intel Minimum Pension Plan,<br><br>Defendants. | **Civil Action No. 5:23-cv-00343-EJD**<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order at ECF 38, Plaintiff Gregg Berkeley ("Plaintiff") and Defendants Intel Corporation and the Administrative Committee of the Intel Minimum Pension Plan ("Defendants") hereby submit this Joint Status Report.

Plaintiff filed this action on January 23, 2023, and asserts putative class action claims under ERISA relating to the methodology the Intel Minimum Pension Plan uses to calculate pensions for married retirees. On April 3, 2023, the Defendants answered Plaintiff's complaint. ECF 22. The parties subsequently stipulated to participating in private alternative dispute resolution pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. ECF 36.

The parties agreed to phase discovery to determine whether early resolution of the case was possible. ECF 33 at 8. As part of its first phase, Plaintiff sought and received information necessary to engage in meaningful mediation, which included recordkeeping data about the putative class's pensions and demographics, actuarial reports, and governing plan instruments.

The parties engaged in a full-day mediation before JAMS mediator Robert Meyer on August 31, 2023. The parties were unable to reach a resolution on that day. However, the parties are continuing settlement talks with the assistance of Mr. Meyer. Notwithstanding the foregoing, the parties intend to proceed with discovery and litigation pursuant to the Court's Case Management Order at ECF 35.

| | |
|---|---|
| Dated: September 7, 2023 | By: */s/ David. S. Kurtzer-Ellenbogen* |
| | |
| | PROSKAUER ROSE LLP |
| | Jennifer L. Roche (Cal. Bar No. 254538) |
| | jroche@proskauer.com |
| | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA 90067-3010 |
| | Telephone: (310) 557-2900 |
| | Facsimile: (310) 557-2193 |
| | |
| | WILLIAMS & CONNOLLY LLP |
| | David S. Kurtzer-Ellenbogen (*pro hac vice*) |
| | dkurtzer@wc.com |
| | 680 Maine Ave., S.W. |
| | Washington, DC 20024 |
| | (202) 434-5000 / FAX (202) 434-5029 |
| | |
| | *Attorneys for Defendants Intel Corporation and the Administrative Committee of the Intel Minimum Pension Plan* |
| | |
| Dated: September 7, 2023 | By: */s/ Caroline E. Bressman* |
| | |
| | Michelle C. Yau (*pro hac vice*) |
| | Daniel R. Sutter (*pro hac vice*) |
| | Caroline E. Bressman (*pro hac vice*) |
| | Cohen Milstein Sellers & Toll PLLC |
| | 1100 New York Ave. NW ● Fifth Floor |
| | Washington, DC 20005 |
| | (202) 408-4600 |
| | myau@cohenmilstein.com |
| | dsutter@cohenmilstein.com |
| | cbressman@cohenmilstein.com |
| | |
| | Shaun P. Martin (Cal. Bar No. 158480) |
| | 5998 Alcala Park, Warren Hall |
| | San Diego, CA 92110 |
| | Telephone: (619) 260-2347 |
| | Facsimile: (619) 260-7933 |

smartin@sandiego.edu

*Attorneys for Plaintiff and Proposed Class*

### ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

*/s/ Caroline E. Bressman*
Caroline E. Bressman
